different question." But that is precisely the question which remains as yet unanswered. Whether or not Cherokee does have legitimate defenses has never been determined; it has never had an opportunity to establish such defenses. The default judgment should be set aside and the motions which were pending on April 3, 1981, should now be set for hearing.

The judgment is reversed and the cause remanded.

All concur.

Jimmie R. JORDAN, Plaintiff-Appellant,

v.

Jewel HAMILTON & Keith Hamilton, Defendant-Respondents.

No. WD 33367.

Missouri Court of Appeals, Western District.

Oct. 19, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 30, 1982.

Jimmie R. Jordan, Kansas City, pro se.

Jewel Hamilton and Keith Hamilton, pro se.

Before MANFORD, P.J., WASSERSTROM and KENNEDY, JJ.

### ORDER

PER CURIAM:

Action in trespass to land. Plaintiff sought damages for the cutting and carrying away of shrubbery. Plaintiff appeals from judgment for defendant.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Henry L. IVY, Appellant.

No. WD 32411.

Missouri Court of Appeals, Western District.

Nov. 2, 1982.

